UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND EDWARD STEELE,<br><br>    Petitioner,<br><br> v.<br><br>JOHN STOKES, Acting Warden of<br>California State Prison at San Quentin,<br><br>    Defendant.<br>_____/ | No. CIV S-03-0143 GEB KJM<br><br>DEATH PENALTY CASE<br><br>ORDER PERMITTING PAPER FILING<br>OF PETITION FOR WRIT OF<br>HABEAS CORPUS AND EXHIBITS |

  The Court has considered Petitioner's Motion to file the Petition for Writ of Habeas Corpus and 93 attached exhibits in paper format instead of Electronic Case Format. The Court finds good cause appearing in the Declaration of Peter Giannini in support of the motion.

  IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus and the accompanying Exhibits may be filed in paper format. This Order applies to this pleading only. Unless ordered by the Court, all future filings must be in compliance with the Local Rules governing the electronic filing of documents.

DATED: July 13, 2005.

                  _____
                  UNITED STATES MAGISTRATE JUDGE