IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

JAMES STOKES,
Acting Warden of California State Prison at San Quentin,[1]

    Respondent.

No. CIV S-03-0143 GEB KJM

DEATH PENALTY CASE

ORDER

Petitioner filed a petition on July 13, 2005. As provided in the court's September 9, 2004 order, respondent's responsive pleading is due 60 days after service of the petition. The September 9 order also required respondent to lodge the state court record within 30 days. It does not appear respondent has lodged the record. When he files his responsive pleading, respondent shall lodge the state court record as described in Local Rule 81-191(j).

DATED: August 19, 2005.

                                           UNITED STATES MAGISTRATE JUDGE

steelerecord.or

---

[1] Mr. Stokes is substituted for his predecessor, Jill Brown, as Acting Warden of San Quentin State Prison, under Federal Rule of Civil Procedure 25(d).

1