IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

JAMES STOKES,
Acting Warden of California State Prison at San Quentin,

    Respondent.

No. CIV S-03-0143 GEB KJM

DEATH PENALTY CASE

ORDER

On October 25, 2005 at 10:00 a.m. the undersigned shall hear respondent's September 9, 2005 motion to dismiss in courtroom # 26. By October 7, 2005 petitioner shall file an opposition. By October 18, 2005, respondent shall file any reply.

DATED: September 19, 2005.

UNITED STATES MAGISTRATE JUDGE

steelemtndismsshrg.or

1