IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

STEVEN W. ORNOSKI,
Acting Warden of California State Prison at San Quentin,

    Respondent.

No. CIV S-03-0143 GEB KJM

DEATH PENALTY CASE

ORDER

Good cause appearing, Mr. Campbell's May 30, 2006 request to withdraw as counsel for petitioner is granted. Mr. Campbell is hereby relieved of his obligations as counsel in this case. Mr. Giannini shall continue as lead counsel for petitioner in this action.

DATED: June 1, 2006.

UNITED STATES MAGISTRATE JUDGE

steelewithdraw.or

1