1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

RAYMOND EDWARD STEELE,              )
10                                  )    2:03-cv-0143-GEB-KJM
                      Petitioner,   )    DEATH PENALTY CASE
11                                  )
        v.                          )    ORDER
12                                  )
STEVEN W. ORNOSKI, Acting Warden    )
13  of California State Prison at   )
San Quentin,                        )
14                                  )
                      Respondent.   )
15  _____)

16

17          Petitioner, a state prisoner, has filed this petition for a

18  writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred

19  to a United States Magistrate Judge pursuant to 28 U.S.C.

20  § 636(b)(1)(B) and Local General Order No. 262.

21          The Findings and Recommendations ("F&Rs") filed May 18,

22  2006, informed the parties that any objections were to be filed within

23  thirty days.  Respondent filed objections and Petitioner filed a

24  reply.

25          The Court has reviewed the F&Rs de novo under 28 U.S.C.

26  § 636(b)(1)(C) and Local Rule 72-304, and finds them to be supported

27  by the record and by the Magistrate Judge's analysis.  Accordingly, IT

28  IS HEREBY ORDERED that:

                                    1

1.   The F&Rs filed May 18, 2006, are adopted in full;

2.   Respondent's September 9, 2005, motion to dismiss is granted in part and denied in part as follows:

    a. Petitioner's claims 3, 5, 6, 15, 21, 23, 29-32, 37, 38, 41C, 41D, 41F, 41G, 41H,41N (to the extent it relies upon unexhausted claims), 42, 44-46, 50C, 50D, 50E, 55, 56, 59-68,and 69 (to the extent it relies upon unexhausted claims) are unexhausted and the remaining claims in the petition for writ of habeas corpus are exhausted; and

3. These proceedings shall be stayed and held in abeyance to permit Petitioner to exhaust his unexhausted claims; and

    a. Petitioner shall file any state exhaustion petition within thirty days of the date on which this Order is filed and shall file a notice in this Court when he has done so;

    b. Petitioner shall file a report on the status of the state proceedings every sixty days thereafter; and

    c. Petitioner shall notify this court within ten days of the state court's resolution of his state proceedings.

Dated:  September 29, 2006

                        /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge