IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

ROBERT L. AYERS, JR.,
 Acting Warden of California State
 Prison at San Quentin,

    Respondent.

No. CIV S-03-0143 GEB KJM

DEATH PENALTY CASE

ORDER

On February 20, 2007, the undersigned held a telephonic status conference. Peter Giannini participated for petitioner. Eric Christoffersen participated for respondent. After discussion with counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

    1. Petitioner shall file any amended petition by May 18, 2007.

    2. By July 20, 2007, respondent shall file an answer, including points and authorities on the merits of the claims and identification of all defenses.

    3. At this time, the court finds a traverse unnecessary. However, within thirty days of the filing of the answer, petitioner may move for leave to file a traverse.

/////

/////

1        4. After the answer is filed, both parties will have the opportunity to move to
2  conduct discovery in preparation for the filing of, and opposition to, any motion for an
3  evidentiary hearing and/or for expansion of the record.
4  DATED: February 20, 2007.

_____
U.S. MAGISTRATE JUDGE

16  steelests.or