`

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

            Petitioner,                    No. CIV S-03-0143 GEB KJM

    vs.                                  DEATH PENALTY CASE

JOHN STOKES,
 Acting Warden of California State
 Prison at San Quentin,

            Respondent.            ORDER

_____/

         On October 24, 2007 at 11:00 a.m. the undersigned will hold a status conference

in this matter.  Counsel shall be prepared to discuss a schedule for (1) addressing procedural

defenses raised in the Answer; (2) seeking any discovery; and (3) filing any motion for an

evidentiary hearing.  Because he resides in Southern California, counsel for petitioner shall

appear telephonically.

DATED:  September 25, 2007.


_____
U.S. MAGISTRATE JUDGE

steelests.or