EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
WARD A. CAMPBELL
Supervising Deputy Attorney General
ERIC L. CHRISTOFFERSEN, State Bar No. 186094
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5264
 Fax: (916) 324-2960
 Email: Eric.Christoffersen@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND EDWARD STEELE,**<br><br>                    Petitioner,<br><br>           v.<br><br>**JOHN STOKES, Acting Warden of California State Prison at San Quentin,**<br><br>                    Respondent. | CIV S 03-0143 GEB KJM<br><br>**ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME TO FILE BRIEFING ON PROCEDURAL DEFAULT** |

Respondent, having duly applied for an extension of time to file its brief on procedural default issues, and good cause appearing,

IT IS HEREBY ORDERED that the time for filing respondent's brief on procedural default issues is extended through and including January 14, 2008.

DATED: December 19, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1