IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-03-0143 GEB KJM

DEATH PENALTY CASE

ORDER

Petitioner seeks an extension of time to file his opposition to respondent's brief regarding procedural default and Teague issues. Within five days of the filed date of this order, respondent shall file a response to petitioner's March 7 request.

DATED: March 11, 2008.

_____
U.S. MAGISTRATE JUDGE

steele eot oppo.or

1