IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND EDWARD STEELE, | |
| Petitioner, | No. CIV S-03-0143 GEB KJM |
| vs. | DEATH PENALTY CASE |
| ROBERT L. AYERS, Jr., Warden of San Quentin State Prison, | |
| Respondent. | ORDER |

Petitioner seeks an extension of time to June 13, 2008 to file his opposition to respondent's brief regarding defaults and Teague issues. Respondent does not oppose the request. Good cause appearing, petitioner's March 7, 2008 motion for an extension of time is granted.

DATED: April 4, 2008.

_____
U.S. MAGISTRATE JUDGE

steele proc def.eot

1