IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin State Prison,

    Respondent.

No. CIV S-03-0143 GEB KJM

DEATH PENALTY CASE

ORDER

    Petitioner seeks an extension of time until August 13, 2008 to file his opposition to respondent's January 14, 2008 Brief re Procedural Defaults and <u>Teague</u>. Good cause appearing, petitioner's June 10, 2008 Motion for Extension of Time is granted.

DATED: June 19, 2008.

_____
U.S. MAGISTRATE JUDGE

1