IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

_____/

No. CIV S-03-0143 GEB KJM

DEATH PENALTY CASE

ORDER

IT IS HEREBY ORDERED that the Office of the Federal Defender, Capital Habeas Unit, shall represent petitioner as co-counsel with Peter Giannini pursuant to 18 U.S.C. § 3599.

The Clerk of the Court is directed to serve this order on the Office of the Federal Defender; Mr. Giannini; the Office of the Attorney General of the State of California; Robert L. Ayers, Jr., Warden of San Quentin State Prison, Tamal, California; Kurt Heiser, CJA Administrator, Office of the Federal Defender; and Sandy Andrews, Research and Policy Analyst, Office of the Circuit Executive

DATED: June 19, 2008.

_____
U.S. MAGISTRATE JUDGE