IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,               No. CIV S-03-0143 GEB KJM

    vs.                       DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.            ORDER

_____/

        Petitioner has filed two motions:  The first to strike respondent's assertion of Teague v. Lane in the answer and the second for leave to file the first motion.  Within five days of the filed date of this order, respondent shall file a response to petitioner's latter motion, the August 19, 2008 Motion to Consider Belated Motion to Strike.

DATED:  August 28, 2008.

_____
U.S. MAGISTRATE JUDGE