IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-03-0143 GEB KJM

DEATH PENALTY CASE

ORDER

Respondent seeks an extension of time to file his response to petitioner's Motion to Consider Belated Motion to Strike. A clerical error by the court caused respondent's counsel Angelo S. Edralin to be deleted from the service list so that he did not receive timely service of the court's August 29, 2008 Order. Good cause appearing, IT IS HEREBY ORDERED:

    1. Respondent's September 5, 2008 Request for Enlargement of Time is granted. However, respondent has not demonstrated good cause for extending the time to respond to petitioner's motion from the five days previously ordered to thirty-one days. Respondent's response to petitioner's August 19, 2008 Motion to Consider Belated Motion to Strike shall be filed within ten days of the filed date of this order.

/////

1

1       2. The Clerk of the Court is directed to ensure that Deputy Attorney General
2 Angelo S. Edralin is listed as counsel of record for respondent in this case and that he is served
3 with all appropriate documents.
4 DATED: September 8, 2008.

                                              U.S. MAGISTRATE JUDGE

26 steele res eot.or