`

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

        Petitioner,                      No. CIV S-03-0143 GEB KJM

      vs.                              DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
  Warden of San Quentin
  State Prison,

        Respondent.               ORDER

_____/

        Respondent seeks a 30-day extension of time to file a reply brief to petitioner's

October 14 Opposition to Respondent's Brief Regarding Procedural Defaults and Teague v.

Lane.  Respondent states that petitioner has no opposition to the requested extension.  The court

had intended to hear argument on these procedural default and Teague issues when it heard

argument on petitioner's September 23 Motion to Strike, currently set for hearing on December

3, 2008.

        Within five days of the filed date of this order, petitioner shall inform the court

whether or not he opposes respondent's requested extension of time and, assuming he does not

oppose the extension, whether oral argument on the motion to strike and procedural

/////

1

1  default/Teague issues should be combined, which would require a continuance of the December

2  3 hearing date.

3  DATED:  November 12, 2008.

4

5  _____
   U.S. MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17  steele proc def eot.or

18

19

20

21

22

23

24

25

26