`

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,                   No. CIV S-03-0143 GEB KJM

    vs.                             DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
 Warden of San Quentin
 State Prison,

    Respondent.                  ORDER

_____/

        Respondent seeks an extension of time to file his reply brief on the procedural default and <u>Teague</u> issues. Petitioner does not oppose the request and, in response to a query from the court, agrees it would be best to combine the argument on the procedural default and <u>Teague</u> issues with petitioner's motion to strike. Good cause appearing, IT IS HEREBY ORDERED as follows:

        1. Respondent's November 12, 2008 request for an extension of time is granted. Respondent's reply to petitioner's Opposition to Respondent's Brief Regarding Procedural Defaults and <u>Teague v. Lane</u> shall be filed by December 15, 2008.

/////

/////

2. The hearing on petitioner's September 23, 2008 motion to strike currently scheduled for December 3, 2008 is continued to January 7, 2009 at 1:30 p.m. in courtroom # 26. At that time the court will also hear argument on the procedural default and <u>Teague</u> issues.

DATED: November 20, 2008.

_____
U.S. MAGISTRATE JUDGE

steele eot.or

2