IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND EDWARD STEELE,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**JOHN STOKES, Acting Warden of California State Prison at San Quentin,**<br><br>　　　　　　　　　　　Respondent. | Case No. 2:03-CV-0143 GEB KJM<br><br>**ORDER** |

　　GOOD CAUSE APPEARING, Respondent's application for a fourteen (14) day extension of time in which to file Objections to the Magistrate Judge's Findings and Recommendations is hereby GRANTED.  Respondent's response is due on August 18, 2010.

Dated:  August 6, 2010.

_____
U.S. MAGISTRATE JUDGE