IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin State Prison,

    Respondent.

No. CIV S-03-0143 GEB KJM

DEATH PENALTY CASE

ORDER

GOOD CAUSE appearing, Petitioner's August 2, 2010 application for a fourteen (14) day extension of time in which to file Objections in this matter is hereby GRANTED. Petitioner's objections are now due on August 18, 2010.

DATED: August 14, 2010.

_____
U.S. MAGISTRATE JUDGE

steele.eot

1