IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND EDWARD STEELE,** | No. 2:03-cv-00143 GEB KJM |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| **ROBERT L. AYERS, Jr., Warden of California State Prison at San Quentin,** | **ORDER GRANTING EXTENSION OF TIME IN WHICH TO FILE RESPONSES TO OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS.** |
| Respondent. | |

GOOD CAUSE appearing, both Petitioner and Respondent in this case are GRANTED an extension of time until October 4, 2010, in which to file their respective Responses to each other's Objections to the Order and Findings and Recommendations filed in this case on July, 14 2010 (Doc. 151).

IT IS SO ORDERED.

DATED: August 26, 2010.

_____
U.S. MAGISTRATE JUDGE