IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

      Petitioner,                      No. CIV S-03-0143 GEB KJM

  vs.                                 DEATH PENALTY CASE

WARDEN, San Quentin
  State Prison,

      Respondent.                   ORDER

/

       On December 15, 2010 at 10:00 a.m. in courtroom # 26, the undersigned shall hold a status conference. The parties need not file status reports but counsel shall be prepared to discuss: (1) whether petitioner wishes to file a traverse, (2) whether either party will seek discovery prior to the filing of any motion for an evidentiary hearing and, if so, a schedule for doing so, and (3) a date for filing any motion for an evidentiary hearing.

DATED: November 29, 2010.

                                                  U.S. MAGISTRATE JUDGE

steele sts.or

1