1
2
3
4
5
6
7

8               **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10   RAYMOND EDWARD STEELE,         )    Case Number  CIV S-03-0143 GEB KJM
                                    )
11              Petitioner,         )    **DEATH PENALTY CASE**
                                    )
12         v.                       )     **ORDER**
                                    )
13   VINCE CULLEN, Warden of the    )
     California State Prison at San Quentin )
14                                  )
15              Respondent.         )
                                    )
16

17       The parties have stipulated to a continuance of the status conference currently set for

18   December 15, 2010 to January 12, 2011.

19       Good cause appearing, the status conference currently set for December 15, 2010 is

20   continued until Wednesday, January 12, 2011 at 10:00 a.m.

21       IT IS SO ORDERED.

22   Dated:  December 9, 2010.

23

24

25   _____
     U.S. MAGISTRATE JUDGE
26

27

28