IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-03-0143 GEB CMK (TEMP)

DEATH PENALTY CASE

ORDER

The status conference described in the court's December 1, 2010 order shall be held telephonically before the undersigned on February 3, 2011 at 1:30 p.m.

DATED: January 19, 2011

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

steele sts cmk.or

1