IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,                    No. CIV S-03-0143 GEB CMK (TEMP)

    vs.                                DEATH PENALTY CASE

WARDEN, San Quentin State Prison,

    Respondent.                 ORDER

_____/

        Within twenty days of the filed date of this order, petitioner shall file a brief on the impact of <u>Cullen v. Pinholster</u>, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011) on these proceedings and, in particular, on the discovery and motion for an evidentiary hearing contemplated in the court's February 7, 2011 order. Within twenty days of the filing of petitioner's brief, respondent shall file an opposition. Within ten days thereafter, petitioner may file a reply.

        The February 7 order advised Mr. Giannini to submit a budget for the remainder of phase III of these proceedings. Until the court has resolved the issues raised by <u>Pinholster</u>, Mr.

////

////

1

1 | Giannini shall not propose that budget.  Mr. Giannini may, however, submit a request to amend
2 | the phase III budget to account for his time necessary to respond to this order.

DATED: April 14, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

steele pin.or