UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND EDWARD STEELE,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL MARTEL, Warden of the California State Prison at San Quentin<br><br>  Respondent. | No. CIV S-03-0143 GEB CMK (TEMP)<br><br>**DEATH PENALTY CASE**<br><br>**ORDER** |

The parties have stipulated to a twenty day enlargement of time to file the briefing ordered by the Court on April 15, 2011.

Good cause appearing, the petitioner's brief, ordered by the Court on April 15, 2011 (Doc. 173) shall be filed on or before May 25, 2011. Within twenty days of the filing of petitioner's brief, respondent shall file an opposition. Within ten days thereafter, petitioner may file a reply.

IT IS SO ORDERED.

DATED: May 4, 2011

                                   /s/ Craig M. Kellison
                                   _____
                                   CRAIG M. KELLISON
                                   UNITED STATES MAGISTRATE
                                   JUDGE