IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND EDWARD STEELE, ) | |
| ) | 2:03-cv-00143-GEB-CKD |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER[*] |
| ) | |
| JOHN STOKES, Acting Warden of ) | |
| California State Prison at San ) | |
| Quentin, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Respondent filed a motion to reconsider "this Court's November 10, 201[0] order (Doc. 164) adopting the findings and recommendations of the Magistrate Judge regarding the adequacy of California's procedural defaults imposed against petitioner in this case." (Mot. 1:8-10.) In his opposition brief, Petitioner states: there "seems to be appropriate grounds for referring the matter back to the Magistrate Judge for supplemental briefing in light of the new Supreme Court case[, Walker v. Martin, 562 U.S. ----, 131 S.Ct. 1120 (2011)]. If the Court construes respondent's motion as a request to refer the matter back to the Magistrate Judge, petitioner does not oppose the request." (Opp'n 2:12-15.)

In light of Petitioner's statement and the recent Supreme

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

Court decision, the portion of the November 10, 2010 order adopting the Magistrate Judge's findings and recommendations on "procedural default" is vacated. (ECF No. 164 2:3-4; ECF No. 151 5:16-34:20.) This case is referred back to the Magistrate Judge for further consideration and findings and recommendations on the "procedural default" issue, in light of Walker.

Dated: November 30, 2011

GARLAND E. BURRELL, JR.
United States District Judge