IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-03-0143 GEB CKD

DEATH PENALTY CASE

ORDER

The district judge has referred back to this court the procedural default issues raised in respondent's November 1, 2011 Motion for Reconsideration. (Dkt. No. 193.) On December 14, 2011 at 10:00 a.m., the undersigned shall conduct a telephonic status conference. Counsel shall be prepared to discuss when procedural default issues should be addressed, and, if appropriate, a schedule for doing so.

Dated: December 1, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

steele proc def recon.or

1