IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-03-0143 GEB CKD

DEATH PENALTY CASE

ORDER

The undersigned will hold a scheduling conference on April 19, 2012 at 10:00 a.m. in courtroom # 26.

Dated: April 9, 2012

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

steele sch conf.or

1