IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

_____/

No. 2:03-cv-0143 GEB CKD

DEATH PENALTY CASE

ORDER

Good cause appearing, and without opposition from respondent, petitioner's June 1, 2012 Request to Seal Briefing is granted.  Petitioner's June 1, 2012 Motion for Leave to Preserve Testimony, and the opposition and reply briefs thereto shall be filed under seal.

IT IS SO ORDERED.

Dated: June 7, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

steele mtn seal.or