IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

      Petitioner,                      No. 2:03-cv-0143 GEB CKD

      vs.                               DEATH PENALTY CASE

WARDEN, San Quentin
State Prison,

      Respondent.                     <u>ORDER</u>

_____/

        In an accompanying sealed order, the court granted petitioner's June 25, 2012 motion to perpetuate the testimony of three witnesses. For the next stage of this case, the undersigned tentatively plans to schedule briefing on the application of 28 U.S.C. § 2254(d) to the claims in the petition and to reserve consideration of the procedural default issues for any claims that survive section 2254(d) review. On October 17, 2012 at 10:00 a.m., the undersigned will hold a telephonic status and scheduling conference. Counsel shall be prepared to discuss the appropriate next stage of these proceedings, as well as a schedule for briefing the application of 28 U.S.C. § 2254(d) to all claims in the petition. By the 5:00 p.m. on October 15, 2012, counsel

1

1 shall contact Courtroom Deputy Kyle Owen at (916) 930-4004 to provide contact telephone
2 numbers for the conference.

Dated: October 5, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

steele 2254d sts.or