IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND EDWARD STEELE,

    Petitioner,               No. 2:03-cv-0143 GEB CKD

    vs.                           **DEATH PENALTY CASE**

WARDEN, San Quentin State Prison,

    Respondent.           <u>ORDER</u>

                              /

On October 17, 2012, the undersigned held a status and scheduling conference. David Harshaw appeared for petitioner. Peter Giannini participated by telephone for petitioner. Eric Christoffersen appeared for respondent. Counsel proposed a schedule for briefing the application of 28 U.S.C. § 2254(d) to each claim in the petition. After considering counsel's proposal, and good cause appearing, IT IS HEREBY ORDERED as follows:

      1. By March 1, 2014, petitioner shall file a memorandum of points and authorities regarding the application of 28 U.S.C. § 2254(d) to each claim in the first amended petition. Petitioner's counsel are cautioned that the court feels this filing date is extremely generous. Any request for an extension of this time will be granted only upon a showing of extraordinary

////

1

circumstances. Respondent shall file an opposition brief within six months after petitioner's filing. Petitioner may file a reply within three months thereafter.

      2. Briefing shall be limited to the application of section 2254(d) to petitioner's claims. Any motion for an evidentiary hearing and any briefing of procedural default issues will be addressed after resolution of the section 2254(d) issues.

Dated: October 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

steele 2254d brf.or