# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND EDWARD STEELE, | No. 2:03-cv-00143-GEB-CKD |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| KEVIN CHAPPELL, Warden, San Quentin State Prison, | **FINDINGS & RECOMMENDATION TO DISMISS CASE** |
| Respondent. | |

Petitioner's counsel have informed the court that on April 22, 2015 petitioner died. (ECF No. 251.) Counsel have provided a copy of the death certificate. (ECF No. 251-1.)

Accordingly, IT IS HEREBY RECOMMENDED that this case be dismissed due to the death of the petitioner.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after service of these findings and recommendations, any written objections may be filed with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 9, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Steele dismissal.fr